UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIPSON,<br><br>    Petitioner,<br><br>    v.<br><br>DEPARTMENT OF STATE HOSPITALS, et al.,<br><br>    Respondents. | 1:15-cv-01500 MJS (HC)<br><br>ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PETITION<br><br>(Doc. 23)<br><br>60-DAY DEADLINE |

Petitioner is a state detainee proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241. On January 15, 2016, Respondent filed a motion to extend time to file a response to the petition. Good cause having been presented to the court, IT IS HEREBY ORDERED that Respondent is granted an additional sixty (60) days to file a response to the Petition. The response is now due on or before April 4, 2016.

IT IS SO ORDERED.

Dated:   January 19, 2016        /s/ *Michael J. Seng*
                                                           UNITED STATES MAGISTRATE JUDGE

1